

UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party you are representing:

Is this the first application for extension of time in this case?    Yes
                                                                     No

    If no, please indicate which application this represents:    Second
                                                                                    Third
                                                                                    Other _____

Date of Service of Summons:

Number of days requested:        30 days
                                 15 days
                                 Other \_\_\_\_\_ days

New Deadline Date:        *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name:
    State Bar No.:
    Firm Name:
    Address:


    Phone:
    Fax:
    Email:

A certificate of conference does not need to be filed with this unopposed application.