**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HOPEWELL CULTURE & DESIGN, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:10-CV-00586-DF-CE |
| § | |
| ADOBE SYSTEMS INCORPORATED, § | **JURY TRIAL DEMANDED** |
| APPLE, INC., HTC AMERICA, INC., § | |
| LG ELECTRONICS MOBILECOMM § | |
| U.S.A, INC., MOTOROLA, INC., § | |
| NOKIA, INC., OPERA SOFTWARE ASA, § | |
| PALM, INC., QUICKOFFICE, INC., § | |
| SAMSUNG ELECTRONICS, USA, INC., § | |
| SAMSUNG TELECOMMUNICATIONS § | |
| AMERICA, L.L.C., § | |
| § | |
| Defendants. § | |
| § | |
| § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Hopewell Culture & Design, LLC ("Hopewell") and Defendant Adobe Systems

Incorporated ("Adobe"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order

dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain

agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated July

26, 2011, with each party to bear its own costs, expenses and attorneys fees.

Dated: July 29, 2011          Respectfully submitted,

                              */s/ Hao Ni*
                              Hao Ni
                              TX State Bar No. 24047205
                              NI LAW FIRM, PLLC

3102 Maple Avenue, Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Facsimile: (214) 800-2209
hni@nilawfirm.com

**ATTORNEY FOR PLAINTIFF  HOPEWELL CULTURE & DESIGN, LLC**

KILPATRICK TOWNSEND & STOCKTON LLP
*/s/ Andrew T. Oliver (with permission)*
Theodore T. Herhold (CA Bar No. 122895)
therhold@kilpatricktownsend.com
Andrew T. Oliver (CA Bar No. 226098)
aoliver@kilpatricktownsend.com
Eric M. Hutchins (CA Bar No. 245462)
ehutchins@kilpatricktownsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Bonnie M. Grant (Tex. Bar No. 24067634)
bgrant@kilpatricktownsend.com
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
**ATTORNEY FOR DEFENDANT AND COUNTERCLAIMANT ADOBE SYSTEMS INCORPORATED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record on this 5th day of April, 2011.

*/s/ Hao Ni*
Hao Ni