# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HOPEWELL CULTURE & DESIGN, LLC, § § Plaintiff, § § v. § § ADOBE SYSTEMS INCORPORATED, § ET AL., § § § Defendants. § § | Civil Action No. 2:10-CV-00586-DF-CE **JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO DISMISS CASE

CAME ON THIS DAY for consideration of the Motion to Dismiss Case and the Court being of the opinion that said motion should be GRANTED because the parties have resolved their disputes and all defendants have now been dismissed, it is hereby,

ORDERED, ADJUDGED AND DECREED that this case is here by dismissed.

**SIGNED this 20th day of January, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE